Patrick G. Byrne, Esq.
Nevada Bar No. 7636
Hayley J. Cummings, Esq.
Nevada Bar No. 14858
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
Telephone: 702.784.5200
Facsimile: 702.784.5252
pbyrne@swlaw.com
hcummings@swlaw.com
*Attorneys for Defendants*

**IN THE UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| National Outsourcing Services, Inc., a Florida corporation; Nationwide Outside Services Corp, a Florida corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>TS Dynamic Corp., a Nevada Corporation; Troy Sibel, an individual; Nationwide Office Support Corp, a California corporation; TS AG Corp. d/b/a Nationwide Outside Services Corp, a California corporation; TS Risk Corp. d/b/a Nationwide Outside Services Corp., a California corporation; Does 1 to 10, inclusive,<br><br>Defendants. | Case No. 2:19-CV-00131-JAD<br><br>**STIPULATION AND ORDER FOR EXTENSION TO RESPOND TO DEFENDANTS' COMPLAINT** |

Plaintiffs National Outsourcing Services, Inc. and Nationwide Outside Services Corp. ("Plaintiffs") and Defendants TS Dynamic Corp., Troy Sibel, Nationwide Office Support Corp., TS AG Corp. d/b/a Nationwide Outside Services Corp., and TS Risk Corp. d/b/a Nationwide Outside Services Corp. ("Defendants") (collectively, the "Parties") by and through their attorneys of record, hereby stipulate and agree to extend Defendants' deadline to respond to Plaintiffs' Complaint to March 11, 2019, for the following reasons:

1. Defendants' Answer is currently due March 6, 2019.

2. Defendants officially obtained Snell & Wilmer as counsel the week of February 25, 2019.

3. On March 6, 2019, counsel for Plaintiff agreed to the extension requested herein.

4. This extension is sought in good faith and is not made for the purpose of delay.

Therefore, the Parties respectfully request an extension for Defendants to respond to Plaintiffs' Complaint to and including March 11, 2019.

Dated: March 6, 2019

LEWIS ROCA ROTHGERBER CHRISTIE LLP

/s/ John E. Bragonje
John E. Bragonje
Nevada Bar No. 9519
3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996
*Attorney for Plaintiffs*

Dated: March 6, 2019

SNELL & WILMER L.L.P.

/s/ *Hayley J. Cummings*
Patrick C. Byrne
Nevada Bar No. 7636
Hayley J. Cummings
Nevada Bar No.14858
3883 Howard Hughes Pkwy, Suite 1100
Las Vegas, NV 89169-5596
*Attorneys for Defendants*

## **ORDER**

**IT IS ORDERED** that Defendants shall file their Answer to Plaintiffs' Complaint on or before March 11, 2019.

DATED: March 7, 2019.

_____
UNITED STATES MAGISTRATE JUDGE

4828-6674-9833

- 2 -