UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| NATIONAL OUTSOURCING SERVICES, INC.,<br><br>Plaintiff,<br><br>v.<br><br>TS DYNAMIC CORP., *et al.*,<br><br>Defendants. | Case No. 2:19-cv-00131-JCM-GWF<br><br>**ORDER** |

This matter is before the Court on Patrick G. Byrne, Esq., Hayley J. Cummings, Esq., and the law firm of Snell & Wilmer's Motion for Withdraw as Attorneys for Defendants/Counterdefendants/Third-Party TS Dynamic Corp., Troy Sibel, Nationwide Office Support Corp and TS Risk Corp. (ECF No. 21), filed April 15, 2019. Plaintiff filed its Non-Opposition (ECF No. 22) on April 17, 2019. Counsel represents that it recently discovered facts that will materially and adversely affect its ability to effectively represent Defendants. Upon review and consideration, the Court finds good cause exists to grant counsel's request for withdrawal. Defendants are advised that a corporation or limited liability company may appear in federal court only through licensed counsel. *U.S. v. High Country Broad. Co., Inc.*, 3 F.3d 1244, 1245 (9th Cir. 1993). Accordingly,

**IT IS HEREBY ORDERED** that Patrick G. Byrne, Esq., Hayley J. Cummings, Esq's., and the law firm of Snell & Wilmer's Motion for Withdraw as Attorneys for Defendants/Counterdefendants/Third-Party TS Dynamic Corp., Troy Sibel, Nationwide Office Support Corp and TS Risk Corp. (ECF No. 21) is **granted**.

. . .

. . .

**IT IS FURTHER ORDERED** that TS Dynamic Corp., Nationwide Office Support Corp and TS Risk Corp shall have until **June 7, 2019**, to retain counsel.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall add the last known address of Defendant Troy Sibel to the civil docket:

**Troy Sibel**
**9904 Cozy Glen Circle**
**Las Vegas, NV 89117**

**IT IS FURTHER ORDERED** that the Clerk of the Court is instructed to remove Patrick G. Byrne, Esq., Hayley J. Cummings, Esq from CM/ECF service list of this case.

Dated this 6th day of May, 2019.

*George Foley Jr.*
_____
GEORGE FOLEY, JR.
UNITED STATES MAGISTRATE JUDGE