UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| NATIONAL OUTSOURCING SERVICES, INC., a Florida corporation; NATIONWIDE OUTSIDE SERVICES CORP., a Florida corporation,<br><br>Plaintiff,<br><br>v.<br><br>TS DYNAMIC CORP., a Nevada corporation; TROV SIBEL, an individual; NATIONWIDE OFFICE SUPPORT CORP., a California corporation; TS AG CORP. d/b/a NATIONWIDE OUTSIDE SERVICES CORP., a California corporation; TS RISK CORP. d/b/a NATIONWIDE OUTSIDE SERVICES CORP., a California corporation; DOES 1 to 10, inclusive,<br><br>Defendants. | Case No. 2:19-CV-00131-JCM-EJY<br><br>**ORDER** |

Before the Court is Lewis Roca Rothgerber Christie LLP's Motion to Withdraw as Counsel of Record (ECF No. 34) for Plaintiffs National Outsourcing Services, Inc. and Nationwide Outside Services Corp. (collectively the "Plaintiffs"). No opposition to the Motion to Withdraw was filed as of the date of this Order. Good cause appearing,

IT IS HEREBY ORDERED that the Motion to Withdraw as Counsel of Record (ECF No. 34) is GRANTED.

IT IS FURTHER ORDERED that discovery shall be stayed for the period commencing with the date of this Order through February 14, 2020, providing Plaintiff a fair opportunity to retain new counsel. The stay of discovery shall be automatically lifted as of 5 p.m. on February 14, 2020.

1

IT IS FURTHER ORDERED that withdrawing counsel shall serve a copy of this Order on Plaintiffs at their last known addresses. To the extent withdrawing counsel has email addresses for each or all Plaintiffs, withdrawing counsel shall also email a copy of this Order on such Plaintiffs via email.

DATED: January 24, 2020.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE