UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| NATIONAL OUTSOURCING SERVICES INC., et al, <br><br> Plaintiff(s), <br><br> v. <br><br> TS DYNAMIC CORP., et al., <br><br> Defendant(s). | Case No. 2:19-CV-00131-JCM-EJY <br><br> ORDER |

Presently before the court is the matter of *National Outsourcing Services Inc. et al v. TS Dynamic Corp. et al.*, case number 2:19-cv-00131-JCM-EJY.

Federal Rule of Civil Procedure 41(b) provides that "[i]f the plaintiff fails to prosecute or to comply with these rules or a court order, a defendant may move to dismiss the action or any claim against it." This court also has the inherent power to sua sponte dismiss a case for want of prosecution or compliance with court orders. *Link v. Wabash R. Co.*, 370 U.S. 626, 630–31 (1962); *Pagtalunan v. Galaza*, 291 F.3d 639, 640–43 (9th Cir. 2002); *Ferdik v. Bonzelet*, 963 F.2d 1258, 1260 (9th Cir. 1992).

This inherent power is also codified in this court's local rules. Local Rule 41-1 provides that "[a]ll civil actions that have been pending in this court for more than 270 days without any proceeding of record having been taken may, after notice, be dismissed for want of prosecution by the court sua sponte or on the motion of an attorney or pro se party." LR 41-1.

On February 16, 2022, the court issued a notice to counsel pursuant to Local Rule 41-1 that "[i]f no action is taken in this case by **03/19/2022**, the court shall enter an order of

**James C. Mahan**
**U.S. District Judge**

dismissal for want of prosecution." (ECF No. 38). No party responded or otherwise commenced any proceeding of record.

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that all claims, counterclaims, and third-party claims are DISMISSED without prejudice for want of prosecution.

The clerk is instructed to close this case.

DATED March 29, 2022.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**